NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7103

HENRY J. PALMER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 08-1723.

Before RADER, Circuit Judge.

ORDER

Henry J. Palmer responds to the court's order directing him to show cause why his appeal of a decision of the United States Court of Appeals for Veterans Claims should not be dismissed as premature.

Upon consideration thereof,

IT IS ORDERED THAT:

The stay of briefing is lifted. The appeal will be assigned to a merits panel in the usual course.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Henry J. Palmer
     Courtney E. Sheehan, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK